# MEMO ENDORSED                    Sullivan, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,

    -against-

SHEA DOUGLAS, et al.,

    Defendants.

------------------------------------X

**STIPULATION OF SUBSTITUTION OF COUNSEL**

12 CR 45 (RJS)

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by the undersigned that JEFFREY EINHORN, Law Offices of Jeffrey Lichtman, 750 Lexington Avenue, 15th Floor, New York, New York 10022 is substituted as attorney for defendant SHEA DOUGLAS in place and instead of RICHARD GIAMPA, 860 Grand Concourse, Suite 1H, Bronx, New York 10451.

Dated: New York, New York
March 20, 2013

JEFFREY EINHORN
Substituted Attorney for Defendant

RICHARD GIAMPA
Former Attorney for Defendant

SO ORDERED:

_____
Hon. Richard Sullivan, U.S.D.J.

The request to substitute counsel is DENIED without prejudice to renewal. IT IS HEREBY ORDERED that Mr. Giampa and Mr. Einhorn shall appear at the conference currently scheduled for April 3, 2013 at 2:30 p.m. in Courtroom 905 at 40 Foley Square, at which time the Court will address any renewed request for the substitution of counsel.

SO ORDERED
Dated: 3/25/13
RICHARD J. SULLIVAN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

SHEA DOUGLAS, et al.,

Defendants.

----------------------------------------------------------X

**AFFIDAVIT**

S2 12 CR 45 (RJS)

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

**JEFFREY EINHORN** being duly sworn, deposes and states under penalty of perjury:

1. I am an associate attorney at the Law Offices of Jeffrey Lichtman, located at 750 Lexington Avenue, 15th Floor, New York, New York, and have been retained by Shea Douglas to defend him in connection with the above-captioned case.

2. I respectfully submit this Affidavit pursuant to Local Rule 1.4 in support of my motion to replace Richard Giampa as Mr. Douglas's attorney of record.

3. Mr. Douglas's case is presently pending before the Hon. Richard J. Sullivan and is scheduled for a pretrial conference for April 3, 2013 at 2:30 p.m. to discuss any potential pretrial motions that he may wish to make in this case.

JEFFREY EINHORN

Sworn to before me this
___ day of March, 2013

_____
Notary Public

JACLYN WISHNIA
Notary Public, State of New York
No. 01WI6323279
Commission Expires December 13, 20___

## CERTIFICATE OF SERVICE

**JEFFREY EINHORN** declares under penalty of perjury:

1. I am over 18 years old and not a party to this action;

2. On March 22, 2013, I caused a copy of the Stipulation of Substitution of Counsel and accompanying Affidavit in <u>United States v. Shea Douglas et al.</u>, S2 12 CR 45 (RJS) to be delivered via email to:

**AMY LESTER, ESQ.**
**JESSICA MASELLA, ESQ.**
**ASSISTANT UNITED STATES ATTORNEYS**
SOUTHERN DISTRICT OF NEW YORK
ONE SAINT ANDREW'S PLAZA
NEW YORK, NEW YORK 10007

Dated: New York, New York
March 22, 2013

_____
JEFFREY EINHORN