

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 10, 2013

**BY E-MAIL**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2104
New York, New York  10007

      Re:   *United States* v. *Shea Douglas*,
            S3 12 Cr. 45 (RJS)

Dear Judge Sullivan:

      The Government respectfully submits this letter in connection with the sentencing of defendant Shea Douglas, which is scheduled to take place before the Court on October 18, 2013, at 2:30 p.m.  The Government does not intend to file a formal sentencing submission in this matter, and will take the position at sentencing that the defendant should be sentenced to a term of imprisonment within the advisory Sentencing Guidelines range, for the reasons set forth by the Probation Department in the Presentence Investigation Report.  The Government will be prepared to address any additional questions the Court may have at the time of sentencing.

      In addition, at the sentencing, the Government will request that the Court enter the attached proposed Order of Restitution.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

                       By:  _s/ Amy Lester_
                              Amy Lester
                              Assistant United States Attorney
                              Tel.: (212) 637-2416

Attachment

cc:     Jeffrey Einhorn, Esq.